O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONZELL THOMPSON, | No. CV 14-6490-JGB (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, United States Penitentiary Victorville, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: January 30, 2015

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE